SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>           Plaintiff,<br><br>      vs.<br><br>Joo D. Kim, et al,<br><br>           Defendants | Case No. **2:09-cv-01035-GEB-EFB**<br><br>**PLAINTIFF'S REQUEST AND PROPOSED ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: July 13, 2009<br>Time: 9:00 am<br>Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from July 13, 2009 to August 10, 2009. Plaintiff filed a Stipulation and Proposed Order on June 15, 2009 granting Defendants an extension until July 6, 2009 to file a responsive pleading to Plaintiff's complaint. A continuance to August 10, 2009 for the status

PLAINTIFF'S REQUEST AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS

CONFERENCE

CIV: S-09-cv-01035-GEB-EFB - 1

conference will give the Defendants' ample time to answer Plaintiff's complaint and for Plaintiff and Defendants' to engage in the filing of a joint status report.

Dated:   June 24, 2009          /s/Scott N. Johnson

                                Scott N. Johnson,

                                Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to August 10, 2009. A joint status report shall be filed fourteen days before the status conference.

Date: 6/26/09

_____
GARLAND E. BURRELL, JR.
United States District Judge