IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>JOO D. KIM, d/b/a Dairy Queen;<br>SUN K. KIM,<br><br>            Defendants. | 2:09-cv-01035-GEB-EFB<br><br><u>ORDER RE: SETTLEMENT<br>AND DISPOSITION</u> |

        On July 27, 2009, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action" and a "[d]ispositional document will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than August 26, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for August 10, 2009, is continued to commence at 9:00 a.m. on October 5, 2009, in the event that no dispositional document is filed, or if this action is not

1 otherwise dismissed.  Further, a joint status report shall be filed
2 fourteen days prior to the status conference.[1]
3            IT IS SO ORDERED.

Dated:  August 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2